IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TONY C. FRANKLIN, JR.

    Plaintiff,

v.

EDWARD F. WALL, WILLIAM POLLARD,
GLORIA MARQUARDT,
BELINDA SHRUBBE, MARK JENSEN,
SERGEANT DALHKE and CORE CAPTAIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-614-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's request for leave to proceed and dismissing this case with prejudice under 28 U.S.C. § 1915A.

| /s/ | 4/8/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |